IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYKIEA MILLER, #272 920, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-536-RAH ) |
| JENNIFER McCOVERY, *et al.,* | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on June 12, 2020. Doc. 24. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

DONE, this 6th day of July, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE